IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL PERKINS, Individually and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN NATIONAL INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 05-0100 (CDL)(Case pending in Middle District of Georgia, Athens Division)<br><br>Misc. Action No. 08-140 |

## ORDER

AND NOW, this 20 day of May, 2008, IT IS HEREBY ORDERED that First National Bank of Pennsylvania's motion to quash subpoena [Doc. No. 1 ] is GRANTED. The subpoena served upon First National Bank of Pennsylvania is quashed.

IT IS FURTHER ORDERED THAT the motion [ 1 ] is granted without prejudice to Defendant American National Insurance Company to reissue a subpoena directed to First National Bank of Pennsylvania which:

> (1) does not request the current address, date of birth, and social security number of the "Named Individuals;" and
>
> (2) proffers a reasonable amount of fees to reimburse First National Bank of Pennsylvania for costs and expenses associated with complying with such subpoena.

BY THE COURT:

_____, J.

cc: All Counsel of Record